**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6099**

CHAUNCEY A. WILLIAMS,

            Plaintiff - Appellant,

      v.

JOHN M. JABE, Deputy Director; DANIEL A. BRAXTON, Warden
(A.C.C.); TRACY LAWHORN, Treatment Supervisor (A.C.C.);
THOMAS SIMMONS, Chaplain (A.C.C.); LIEUTENANT HARDEN, Shift
Commander (A.C.C.); SERGEANT TINCHER (A.C.C.),

            Defendants – Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:08-cv-00061-sgw-mfu)

Submitted:  July 23, 2009                Decided:  July 29, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Chauncey A. Williams, Appellant Pro Se.  Mark R. Davis,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Jabe, No. 7:08-cv-00061-sgw-mfu (W.D. Va. Dec. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED